THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED KRUGER, Appellant.

Submitted January 9, 1945; decided February 21, 1945.

*George W. Herz* for appellant.

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence is not sufficient to sustain the conviction. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.